ENDORSED
F I L E D
San Francisco County Superior Court

OCT 0 8 2008

GORDON PARK-LI, Clerk
BY: ___CRAIG BLACKSTONE___
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

DEPARTMENT 305

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS, <br><br> Plaintiff, <br><br> vs. <br><br> THE HAIN CELESTIAL GROUP, INC., et al., <br><br> Defendants. | Case No. CGC-08-474701 <br><br> **ORDER DENYING SPECIAL MOTION TO STRIKE OF DEFENDANT ORGANIC AND SUSTAINABLE INDUSTRY STANDARDS, INC.** <br><br> Date:  October 1, 2008 <br> Time:  10:30 a.m. <br> Dept:  305 <br> Judge: Hon. John E. Munter |

On October 1, 2008, a hearing was held on Defendant Organic and Sustainable Industry Standards, Inc.'s Special Motion to Strike ("Motion"). Having considered the papers submitted by all parties in support and opposition to the Motion, the argument of counsel at the hearing and the full record in this action, and finding good cause therefor,

IT IS HEREBY ORDERED that the Special Motion to Strike filed by Defendant Organic and Sustainable Industry Standards, Inc. ("OASIS") is DENIED.

DATED: **OCT 0 8 2008**      **JOHN E. MUNTER**
JOHN E. MUNTER
Judge of the Superior Court

- 1 -

ORDER DENYING OASIS SPECIAL MOTION TO STRIKE