```
Simon J. Frankel (State Bar No. 171552)
sfrankel@cov.com
Mali Friedman (State Bar No. 247514)
mfriedman@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
```

FILED
JUL 31 PH 2:13
[illegible stamp] DISTRICT COURT

**E-filing**

Attorneys for Defendant
LEVLAD INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MEJ**

**CV 09 3517**

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware corporation; KISS MY FACE CORPORATION, a New York corporation; LEVLAD, LLC, a California limited liability company; YSL BEAUTE, INC., a New York corporation; GIOVANNI COSMETICS, INC., a California corporation; COSWAY COMPANY, INC., a California corporation; COUNTRY LIFE, LLC, a New York limited liability company; ORGANIC AND SUSTAINABLE INDUSTRY STANDARDS, INC., a Nevada corporation; ECOCERT FRANCE (SAS), a French corporation; and ECOCERT, INC., a Delaware corporation;<br><br>Defendants. | Civil Case No.:<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT LEVLAD, INC.** |

FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE
STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS OF DEFENDANT
LEVLAD, INC.
Civil Case No.:

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3-16
2 of the Northern District of California, Defendant Levlad Inc. hereby files its Corporate
3 Disclosure Statement and Certification of Interested Entities or Persons.

4    Levlad Inc. states that Levlad Intermediate Holdco Inc., a Delaware corporation,
5 is the parent corporation of defendant Levlad Inc., and that no publicly held entity owns more
6 than 10% of the stock of Levlad Inc.

7    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
8 persons, associations of persons, firms, partnerships, corporations (including parent
9 corporations) or other entities (i) have a financial interest in the subject matter in controversy or
10 in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a
11 party that could be substantially affected by the outcome of this proceeding:

12    No persons or entities other than the above-named parent corporation have a
13 financial or non-financial interest in the outcome of this proceeding.

14    These representations are made to enable the Court to evaluate possible
15 disqualification or recusal.

17 DATED: July 31, 2009                    COVINGTON & BURLING LLP

18                                          By: _____
19                                              SIMON J. FRANKEL
                                                Attorneys for Defendant Levlad Inc.

FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE          2
STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS OF DEFENDANT
LEVLAD, INC.
Civil Case No.: