THOMAS H. CLARKE (SBN 47592)
TIMOTHY A. DOLAN (SBN 209674)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA  94105-1667
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email:        tclarke@rmkb.com;
              tdolan@rmkb.com

Attorneys for Defendants
ECOCERT FRANCE (SAS), a French corporation
and ECOCERT, INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a/ DR. BRONNER'S MAGIC SOAPS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware corporation; KISS MY FACE CORPORATION; a New York corporation; LEVLAD, INC., a California corporation; ESTEE LAUDER, INC., a Delaware corporation; FLORESTAS ORGANIC BOTANICAL INC., a New York corporation; JUICE BEAUTY, INC., a Delaware corporation; STELLA MCCARTNEY AMERICA, INC., a Delaware corporation; GIOVANNI COSMETICS, INC., a California corporation; COSWAY COMPANY, INC., a California corporation; COUNTRY LIFE, LLC, a New York limited liability company; ORGANIC AND SUSTAINABLE INDUSTRY STANDARDS, INC., a Nevada corporation; and ECOCERT FRANCE (SAS), a French corporation; ECOCERT, INC., a Delaware corporation,<br>Defendants.<br><br>Defendant. | CASE NO.<br><br>**ECOCERT FRANCE (SAS) AND ECOCERT, INC.'S ANSWER TO PLAINTIFF ALL ONE GOD FAITH, INC.,dba DR. BRONNER'S MAGIC SOAP'S SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |

RC1/5354309.1/TAD                           - 1 -

ANSWER

# ANSWER TO COMPLAINT

Defendants Ecocert France (SAS) and Ecocert, Inc. (collectively "Ecocert" or "Answering Defendant"), answer Plaintiff's Second Amended Complaint ("Complaint") as follows:

1.  Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

2.  Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

3.  Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

4.  Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

5.  Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

6.  Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

7.  Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

8.  Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

9.  Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

10. Ecocert admits the allegations of this paragraph.

11. Ecocert admits the allegations of this paragraph.

12. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

13. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

14. The allegations of this paragraph constitute conclusions of law to which no response is required. To the extent a response is deemed required, the allegations are denied.

15. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

16. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

17. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

18. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

19. Ecocert admits the allegations of this paragraph.

20. This paragraph contains a mischaracterization of Ecocert's standard(s) and, on that basis, Ecocert denies each and every allegation contained in this paragraph.

21. Ecocert denies each and every allegation contained in this paragraph.

22. Ecocert denies each and every allegation contained in this paragraph.

23. Ecocert denies each and every allegation contained in this paragraph.

24. Ecocert denies each and every allegation contained in this paragraph.

25. Ecocert denies each and every allegation contained in this paragraph.

26. This paragraph contains expert opinion and/or factual conclusions to which no response is required.

27. This paragraph contains expert opinion and/or factual conclusions to which no response is required.

28. This paragraph contains expert opinion and/or factual conclusions to which no response is required.

29. This paragraph contains expert opinion and/or factual conclusions to which no response is required.

30. This paragraph contains expert opinion and/or factual conclusions to which no

response is required.

31. This paragraph contains expert opinion and/or factual conclusions to which no response is required. The remaining allegations do not pertain to Ecocert and no response is thus required. To the extent a response is deemed required, the allegations are denied.

32. This paragraph contains expert opinion and/or factual conclusions to which no response is required.

33. The allegations of this paragraph constitute conclusions of law to which no response is required. To the extent a response is deemed required, the allegations are denied.

34. The allegations of this paragraph constitute conclusions of law to which no response is required. To the extent a response is deemed required, the allegations are denied.

35. The allegations of this paragraph constitute conclusions of law to which no response is required. To the extent a response is deemed required, the allegations are denied.

36. The allegations of this paragraph constitute conclusions of law to which no response is required. To the extent a response is deemed required, the allegations are denied.

37. The allegations of this paragraph constitute conclusions of law to which no response is required. Further, this paragraph contains expert opinion and/or factual conclusions to which no response is required. To the extent a response is deemed required, the allegations are denied.

38. The allegations of this paragraph constitute conclusions of law to which no response is required.

39. The allegations of this paragraph constitute conclusions of law to which no response is required.

40. The allegations of this paragraph constitute conclusions of law to which no response is required.

41. The allegations of this paragraph constitute conclusions of law to which no response is required.

42. The allegations of this paragraph constitute conclusions of law to which no

response is required.

43. The allegations of this paragraph constitute conclusions of law to which no response is required.

44. The allegations of this paragraph constitute conclusions of law to which no response is required.

45. The allegations of this paragraph constitute conclusions of law to which no response is required.

46. The allegations of this paragraph constitute conclusions of law to which no response is required. To the extent a response is deemed required, the allegations are denied.

48. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

49. The allegations of this paragraph constitute conclusions of law to which no response is required.

50. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

51. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

52. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

53. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

54. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

55. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

56. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same. The remaining

1 allegations of this paragraph constitute conclusions of law to which no response is required.

2   57.   Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

  58.   Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

  59.   Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

  60.   Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

  61.   Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

  62.   Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

  63.   Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

  64.   Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

  65.   Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

  66.   Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

  67.   Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

  68.   Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

  69.   Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

70. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

71. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

72. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

73. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

74. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

75. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

76. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

77. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

78. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

79. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

80. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

81. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

82. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

83. Ecocert lacks knowledge and information sufficient to form a belief as to the truth

of the allegations contained in this paragraph and on that basis denies same.

84. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

85. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

86. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

87. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

88. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

89. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

90. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

91. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

92. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

93. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

94. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

95. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

96. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

97. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

98. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

99. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

100. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

101. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

102. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

103. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

104. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

105. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

106. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

107. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

108. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

109. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

110. Ecocert lacks knowledge and information sufficient to form a belief as to the truth

of the allegations contained in this paragraph and on that basis denies same.

111. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

112. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

113. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

114. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

115. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

116. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

117. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

118. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

119. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

120. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

121. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

122. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

123. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

124. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

125. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

126. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

127. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

128. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

129. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

130. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

131. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

132. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

133. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

134. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

135. Ecocert admits it has issued a standard that requires certain products to be %100 organic in content if it is labeled outright as "Organic;" if certain products are not %100 "Organic," they may be certified as being "Made with Organic [specified ingredient(s)]." Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph and on that basis denies same.

136. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

137. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

138. Ecocert incorporates by reference herein each and every allegation contained in paragraphs 1 through 137.

139. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

140. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

141. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

142. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

143. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

144. Ecocert denies each and every allegation contained in this paragraph.

145. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

146. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

147. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

148. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

149. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

150. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

151. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

152. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

153. The allegations of this paragraph constitute conclusions of law to which no response is required.

154. Ecocert incorporates by reference herein each and every allegation contained in paragraphs 1 through 153.

155. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

156. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

157. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

158. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

159. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

160. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

161. Ecocert denies each and every allegation contained in this paragraph.

162. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

163. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

164. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

165. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

166. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

167. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

168. This paragraph contains a mischaracterization of Ecocert's standard(s) and, on that basis, Ecocert denies each and every allegation contained in this paragraph.

169. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

170. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

171. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

172. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

173. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

174. Ecocert admits the allegations of this paragraph.

175. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

176. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

177. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

178. Ecocert denies each and every allegation contained in this paragraph.

179. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

180. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

181. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

182. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

183. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

184. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

185. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

186. The allegations of this paragraph constitute conclusions of law to which no response is required.

187. Ecocert lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies same.

## AFFIRMATIVE DEFENSES

1. AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that said plaintiff fails to state facts sufficient to constitute a cause of action against these answering defendant.

2. AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION

CONTAINED THEREIN, these answering defendants allege that said complaint is barred by the Doctrine of Estoppel.

3. AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that said complaint is barred by the Doctrine of Laches.

4. AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that said complaint is barred by the Doctrine of Unclean Hands.

5. AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that plaintiff has waived and is estopped and barred from alleging the matters set forth in the complaint.

6. AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that said injuries sustained by plaintiff were either wholly or in part negligently caused by persons, firms, corporations, or entities other than these answering defendants, and said negligence is either imputed to plaintiff by reason of the relationship of said parties to plaintiff and/or said negligence comparatively reduces the percentage of negligence, if any, by these answering defendants.

7. AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that said complaint is barred by the Doctrine of Impossibility and Impracticability.

8. AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION

CONTAINED THEREIN, these answering defendants incorporate each and every allegation of the complaint filed herein as to the other defendants sued by plaintiff as a set-off against any damages to plaintiff by these answering defendants pursuant to this action.

9. AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that any alleged representations made by defendants which formed the basis of plaintiff's complaint herein, were true and honest at the time made. Said representations were made, if any there were, without knowledge of any falsity, and were not made with the intent to deceive the plaintiff or any third party; plaintiff is therefore barred from recovery herein.

10. AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege on information and belief that the sole and proximate cause of the incidents, acts, or omissions complained of by plaintiff in this complaint was due to the act and/or omissions of persons and entities other than these answering defendants.

11. AS AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege on information and belief that the causes of action asserted herein were settled, satisfied and released, and an accord of all claims reached, and the prior settlement operates to bar plaintiff's complaint.

12. AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege on information and belief that plaintiff's complaint, and each cause of action therein, is barred by reason of Article VI of the United States Constitution.

13. AS A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that plaintiff should be denied recovery under the complaint, and each claim for relief thereof, because plaintiff's conduct was manifestly unreasonable.

14. AS A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that conduct, acts, and omissions alleged were not the cause in fact or the proximate cause of any of the losses or injuries alleged by plaintiff, nor did they cause or were they a proximate cause of injury to any third party.

WHEREFORE, these answering defendant prays for judgment as follows:

1. That plaintiff takes nothing by its complaint;
2. For reasonable attorney' fees and costs of suit incurred herein; and
3. For costs of suit incurred herein; and
4. For such other and further relief as the Court deems proper.

Dated: August 7, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
THOMAS H. CLARKE, JR.
TIMOTHY A. DOLAN
Attorneys for Plaintiffs
ECOCERT FRANCE (SAS) and ECOCERT, INC.

RC1/5354309.1/TAD

- 18 -

ANSWER