John L. Cooper (State Bar No. 050324)
    jcooper@fbm.com
Morgan T. Jackson (State Bar No. 250910)
    mjackson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
ALL ONE GOD FAITH, INC.,
d/b/a DR. BRONNER'S MAGIC SOAPS,
a California corporation

**E-Filed 8/27/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware corporation, et al.,<br><br>Defendants. | Case No. CV-09-3517 JF<br><br>[PROPOSED]-ORDER AUTHORIZING SETTING OF HEARING ON ALL ONE GOD FAITH, INC.'S MOTION TO DISMISS ECOCERT FRANCE'S (SAS) AND ECOCERT, INC.'S COUNTER-CLAIM<br><br>Date: September 25, 2009<br>Time: 9:00 am.<br>Dept.: Courtroom 3<br>Honorable Jeremy Fogel |

Defendants Ecocert France (SAS) and Ecocert, Inc. have filed a counter-claim against Plaintiff All One God Faith, Inc. ("Dr. Bronner's"). Dr. Bronner's intends to file a motion to dismiss that counter-claim on August 26, 2009 or as soon thereafter as possible. By Stipulation of the parties, attached hereto as Exhibit A, and for good cause appearing, IT IS HEREBY ORDERED:

Dr. Bronner's may set the hearing on its motion to dismiss for 9:00 a.m. on September 25, 2009, in Courtroom 3 before Judge Fogel. Briefing on Dr. Bronner's motion shall follow the following schedule:

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[Proposed] ORDER AUTHORIZING
SETTING OF HEARING FOR 9:00 A.M.
SEPTEMBER 25, 2009 / Case No. CV-09-3517
JF

23183\2029350.1

| | |
|---|---|
| 1 | Ecocert's Opposition will be due on September 9, 2009; |
| 2 | Dr. Bronner's Reply will be due on September 11, 2009; and |
| 3 | Hearing will take place at 9:00 a.m., September 25, 2009. |

IT IS ORDERED.

DATED: 8/27/2009 2009         By: _____
The Honorable Jeremy Fogel
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[Proposed] ORDER AUTHORIZING
SETTING OF HEARING FOR 9:00 A.M.
SEPTEMBER 25, 2009 / Case No. CV-09-3517
JF

- 2 -

23183\2029350.1

EXHIBIT A
TO

[PROPOSED]
ORDER AUTHORIZING SETTING OF HEARING
ON ALL ONE GOD FAITH, INC.'S MOTION TO
DISMISS ECOCERT FRANCE'S (SAS) AND
ECOCERT' INC.'S COUNTER-CLAIM

1  John L. Cooper (State Bar No. 050324)
     jcooper@fbm.com
2  Morgan T. Jackson (State Bar No. 250910)
     mjackson@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Plaintiff
   ALL ONE GOD FAITH, INC.,
7  d/b/a DR. BRONNER'S MAGIC SOAPS,
   a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware corporation, *et al.*,<br><br>Defendants. | Case No. CV-09-3517 JF<br><br>**STIPULATION TO SHORTEN TIME FOR HEARING ON ALL ONE GOD FAITH, INC.'S MOTION TO DISMISS COUNTER-CLAIM OF ECOCERT FRANCE (SAS) AND ECOCERT, INC.**<br><br>Honorable Jeremy Fogel |

WHEREAS, Plaintiff All One God Faith, Inc. ("Dr. Bronner's") filed a Second Amended Complaint in San Francisco Superior Court alleging a claim under the Lanham Act against Defendants Ecocert France (SAS) and Ecocert, Inc. (together, "Ecocert"); and

WHEREAS, Ecocert and other defendants removed the action to the United States District Court for the Northern District of California; and

WHEREAS, Ecocert has filed a counter-claim against Dr. Bronner's alleging a claim under the Lanham Act; and

WHEREAS, Dr. Bronner's will file a motion to dismiss Ecocert's counter-claim; and

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO SHORTEN TIME
Case No. CV-09-3517 JF

23183\2029152.1

WHEREAS, numerous motions pending in this action are set for hearing at 9:00 a.m. on September 25 before the Honorable Judge Fogel; and

WHEREAS, hearing Dr. Bronner's motion on September 25th will further efficiency and convenience for the parties and the Court,

THEREFORE, Ecocert and Dr. Bronner's, through their counsel of record, HEREBY STIPULATE AS FOLLOWS:

IT IS STIPULATED THAT:

1.) Dr. Bronner's may set the hearing on its motion to dismiss Ecocert's counter-claim on September 25, 2009 even though that date is less than thirty five days after the day Dr. Bronner's has filed or will file its moving papers.

2.) Ecocert may file its opposition to Dr. Bronner's motion to dismiss on and including September 9, 2009.

3.) Dr. Bronner's may file its reply to Ecocert's opposition on and including September 11, 2009.

Dated: August 26, 2009

FARELLA BRAUN + MARTEL LLP

By: /s/ Morgan T. Jackson
Morgan T. Jackson

Attorneys for Plaintiff
ALL ONE GOD FAITH, INC., d/b/a
DR. BRONNER'S MAGIC SOAPS, a
California corporation

Of Counsel:

Joseph E. Sandler
SANDLER, REIFF & YOUNG, P.C.
300 M Street, S.E., #1102
Washington, D.C. 20003

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO SHORTEN TIME
Case No. CV-09-3517 JF

- 2 -

23183\2029152.1

| | | |
|---|---|---|
| 1 | Dated: August 26, 2009 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | By: _____ |
| | | Timothy Dolan |
| 3 | | |
| 4 | | Attorneys for Defendants and Counter-Claimants |
| 5 | | ECOCERT FRANCE (SAS) and ECOCERT, INC. |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO SHORTEN TIME
Case No. CV-09-3517 JF

- 3 -

23183\2029152.1