John L. Cooper (State Bar No. 050324)
jcooper@fbm.com
Morgan T. Jackson (State Bar No. 250910)
mjackson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
ALL ONE GOD FAITH, INC.,
d/b/a DR. BRONNER'S MAGIC SOAPS,
a California corporation

Rhonda Klick (State Bar No. 128043)
rklick@wkalaw.com
Westrup Klick LLP
444 West Ocean Boulevard Suite 1614
Long Beach California 90802-4524
Telephone: (562) 432-2551
Telecopier: (562) 435-4856

Attorneys for Defendant
COSWAY COMPANY, INC.
a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware corporation, et al.,<br><br>Defendants. | Case No. CV-09-3517 JF<br><br>**STIPULATION OF PLAINTIFF ALL ONE GOD FAITH, INC. AND DEFENDANT COSWAY, INC. TO AMEND SECOND AMENDED COMPLAINT**<br><br>Date:     September 25, 2009<br>Time:    9:00 a.m.<br>Dept.    Courtroom 3<br>Honorable Jeremy Fogel |

Pursuant to Civil Local Rule 7-12 and Fed. R. Civ. P. 15(a)(2), it is hereby stipulated and agreed by and between Plaintiff All One God Faith, Inc., d/b/a Dr. Bronner's Magic Soaps ("Dr. Bronner's") and Defendant Cosway Company, Inc. ("Cosway") that the Second Amended Complaint ( Exhibit F to Notice of Removal, Doc. No. 1) be and it hereby is amended:

(1) In paragraph 121, page 26, lines 3 through 8, by deleting the sentence: "On information and belief, Cosway also manufactures under private label arrangements, diverse personal care products that are labeled 'Organic,' "Organics' or that use similar terms."

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DR. BRONNER'S REQUEST FOR JUDICIAL
NOTICE ISO OPP. TO HAIN ET AL.'S MOTION
TO DISMISS / Case No. CV-09-3517 JF

23183\2037673.1

(2) In paragraph 123, page 26, lines 13-16, by deleting the words: "and on information and belief, in products manufactured by Cosway for third parties under the brand of those third parties"

(3) In paragraph 124, page 26, lines 17-18, by deleting the words "and/or other products manufactured by Cosway...."

(4) In paragraph 125, page 26, lines 25-26, by deleting the words "and/or other products manufactured by Cosway...."

This is in resolution of the issues raised by the Motion filed by Cosway for the partial dismissal of the Second Amended Complaint filed by Dr. Bronner's, which Motion is now scheduled for hearing on September 25, 2009, at 9 a.m., in Courtroom 3 of this Court. This Stipulation does not serve as a withdrawal of Cosway's Notice of Joinder filed with respect to the Motion of Defendants, Hain Celestial Group Inc., Kiss My Face Corporation, and Levlad, LLC, to dismiss the Second Amended Complaint on other grounds.

Dated: September 11, 2009

FARELLA BRAUN + MARTEL LLP

By: __John L. Cooper / MTJ__
John L. Cooper

Attorneys for Plaintiff
ALL ONE GOD FAITH, INC., d/b/a
DR. BRONNER'S MAGIC SOAPS, a
California corporation

Joseph E. Sandler (Admitted Pro Hac Vice)
SANDLER, REIFF & YOUNG, P.C.
300 M Street, S.E., #1102
Washington, D.C. 20003

Dated: September 9, 2009

WESTRUP KLICK

By: __Rhonda Klick__
Rhonda Klick

Attorneys for Defendant
COSWAY COMPANY, INC., a
California corporation

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DR. BRONNER'S AND COSWAY
STIPULATION TO AMEND SECOND
AMENDED COMPLAINT Case No. CV-09-3517 SI

- 2 -

23183\2037673.1

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 9/11/09

_____
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DR. BRONNER'S AND COSWAY
STIPULATION TO AMEND SECOND               - 3 -                                          23183\2037673.1
AMENDED COMPLAINT Case No. CV-09-3517