STEPHEN T. HOLZER, ESQ., SBN 074561
DAVID GURNICK, ESQ., SBN 115723
LEWITT, HACKMAN, SHAPIRO,
  MARSHALL & HARLAN
16633 Ventura Boulevard, 11th Floor
Encino, California 91436-1865
Telephone: (818) 990-2120
Telecopier: (818) 981-4764

Attorneys for Defendant, **GIOVANNI COSMETICS, INC.**

**E-Filed 10/27/2009**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware corporation; KISS MY FACE CORPORATION, a New York corporation; LEVLAD, LLC, a California limited liability company; YSL BEAUTE, INC., a New York corporation; GIOVANNI COSMETICS, INC., a California corporation; COSWAY COMPANY, INC., a California corporation; COUNTRY LIFE, LLC, a New York limited liability company; ORGANIC AND SUSTAINABLE INDUSTRY STANDARDS, INC., a Nevada corporation; ECOCERT FRANCE (SAS), a French corporation; and ECOCERT, INC., a Delaware corporation;<br><br>Defendants. | Civil Case No.: CV-09-3517 JF - HRL<br><br>ORDER APPROVING **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** AND VACATING CASE MANAGEMENT CONFERENCE PENDING RULING ON MOTIONS |

- 1 - C:\Documents and Settings\ADelatorre\Local Settings\Temporary Internet Files\OLKF
STIPULATION FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
CV-09-3517 JF - HRL

[THIS DOCUMENT PRINTED ON RECYCLED PAPER]

**IT IS HEREBY STIPULATED**, by and between the parties hereto, that the Case Management Conference presently scheduled to be held on November 6, 2009 at 10:30 am be postponed to a date to be re-noticed by the Court and that the obligations of counsel pursuant to (a) Federal Rule of Civil Procedure 26 (a) and 26 (f) and (b) Local Rules 3 and 16 be postponed to dates consistent with the re-noticed Case Management Conference.

**GOOD CAUSE** exists for this Stipulation, as follows:

1. On September 25, 2009, the Court held a hearing on various Motions to Dismiss pleadings in this case;

2. The Court has not yet issued rulings on those Motions;

3. Accordingly, the parties are uncertain of whether or not the Court will dismiss the pleadings at issue and, even if the Court does so, whether the dismissal will be with or without prejudice to the filing of further amended pleadings;

4. Until the Court issues its rulings, therefore, the parties remain uncertain about the relevant facts and issues on which to meet and confer in order to meet the parties' Rule 26 (f) and Local Rules 3 and 16 obligations.

Dated: October 8, 2009

LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN

By: _____
STEPHEN T. HOLZER
Attorneys for Giovanni Cosmetics, Inc.

Dated: October 9, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

_____
Thomas H. Clarke, Jr.
Attorneys for Ecocert, Inc.

- 2 - C:\Documents and Settings\TAD\Local Settings\Temporary Internet Files\OLKI7\IS:

STIPULATION FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
CV-09-3517 JF - HRL

| | |
|---|---|
| Dated: October 9, 2009 | HOWREY LLP<br><br>*/s/ Benjamin K. Riley/*<br>Benjamin K. Riley<br>Attorneys for Country Life, LLC |
| Dated: October ___, 2009 | COVINGTON & BURLING LLP<br>**SIGNATURE ATTACHED**<br><br>By: _____<br>Attorneys for the Hain Celestial Group, Inc., Kiss My Face Corporation and Levlad, Inc. |
| Dated: October ___, 2009 | GREENBERG TRAURIG LLP<br><br>**SIGNATURE ATTACHED**<br><br>_____<br>James M. Mattesich<br>Attorneys for YSL Beaute, Inc. |
| Dated: October 13, 2009 | WESTRUP KLICK LLP<br><br>*/s/ Rhonda Klick/*<br>Rhonda Klick<br>Attorneys for Cosway Company, Inc. |
| Dated: October ___, 2009 | FARELLA BRAUN & MARTEL LLP<br>AND SANDLER, REIFF & YOUNG PC<br><br>**SIGNATURE ATTACHED**<br><br>By: _____<br>Attorneys for All One God Faith, Inc., d/b/a Dr. Bronner's Magic Soaps |

| | |
|---|---|
| Dated: October ____, 2009 | HOWREY LLP |
| | SIGNATURE ATTACHED |
| | By: _____<br>Attorneys for Country Life, LLC |
| Dated: October ____, 2009 | COVINGTON & BURLING LLP |
| | By: *Mali Friedman* (signed)<br>Attorneys for the Hain Celestial Group, Inc., Kiss My Face Corporation and Levlad, Inc. |
| Dated: October ____, 2009 | GREENBERG TRAURIG LLP |
| | SIGNATURE ATTACHED |
| | _____<br>James M. Mattesich<br>Attorneys for YSL Beaute, Inc. |
| Dated: October ____, 2009 | WESTRUP KLICK LLP |
| | SIGNATURE ATTACHED |
| | _____<br>Rhonda Klick<br>Attorneys for Cosway Company, Inc. |
| Dated: October ____, 2009 | FARELLA BRAUN & MARTEL LLP<br>AND SANDLER, REIFF & YOUNG PC |
| | SIGNATURE ATTACHED |
| | By: _____<br>Attorneys for All One God Faith, Inc., d/b/a Dr. Bronner's Magic Soaps |

Law Offices
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
a law corporation

[this document printed on recycled paper]

| | | |
|---|---|---|
| 1 | Dated: October ___, 2009 | HOWREY LLP |
| 2 | | |
| 3 | | **SIGNATURE ATTACHED** |
| 4 | | By: _____<br>Attorneys for Country Life, LLC |
| 5 | Dated: October ___, 2009 | COVINGTON & BURLING LLP |
| 6 | | |
| 7 | | **SIGNATURE ATTACHED**<br>By: _____ |
| 8 | | Attorneys for the Hain Celestial Group, Inc.,<br>Kiss My Face Corporation and Levlad, Inc. |
| 9 | Dated: October _13_, 2009 | GREENBERG TRAURIG LLP |
| 10 | | |
| 11 | | _[signature]_ |
| 12 | | James M. Mattesich<br>Attorneys for YSL Beaute, Inc. |
| 13 | Dated: October ___, 2009 | WESTRUP KLICK LLP |
| 14 | | |
| 15 | | **SIGNATURE ATTACHED** |
| 16 | | Rhonda Klick<br>Attorneys for Cosway Company, Inc. |
| 17 | Dated: October ___, 2009 | FARELLA BRAUN & MARTEL LLP<br>AND SANDLER, REIFF & YOUNG PC |
| 18 | | |
| 19 | | |
| 20 | | **SIGNATURE ATTACHED**<br>By: _____ |
| 21 | | Attorneys for All One God Faith, Inc., d/b/a<br>Dr. Bronner's Magic Soaps |

Law Offices
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
a law corporation

[this document printed on recycled paper]

STIPULATION FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
CV-09-3517 JF - HRL

- 3 - C:\Documents and Settings\chastainj\Local Settings\Outlook_Attachments\STIP REV

| | |
|---|---|
| Dated: October ____, 2009 | HOWREY LLP |
| | **SIGNATURE ATTACHED**<br>By: _____<br>Attorneys for Country Life, LLC |
| Dated: October ____, 2009 | COVINGTON & BURLING LLP |
| | **SIGNATURE ATTACHED**<br>By: _____<br>Attorneys for the Hain Celestial Group, Inc.,<br>Kiss My Face Corporation and Levlad, Inc. |
| Dated: October ____, 2009 | GREENBERG TRAURIG LLP |
| | **SIGNATURE ATTACHED**<br>_____<br>James M. Mattesich<br>Attorneys for YSL Beaute, Inc. |
| Dated: October ____, 2009 | WESTRUP KLICK LLP |
| | **SIGNATURE ATTACHED**<br>_____<br>Rhonda Klick<br>Attorneys for Cosway Company, Inc. |
| Dated: October 13, 2009 | FARELLA BRAUN & MARTEL LLP<br>AND SANDLER, REIFF & YOUNG PC<br><br>By: Joseph E. Sandler<br>Attorneys for All One God Faith, Inc., d/b/a<br>Dr. Bronner's Magic Soaps |

Law Offices
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
a law corporation

[this document printed on recycled paper]

- 3 - C:\Documents and Settings\sandler\Local Settings\Temporary Internet Files\Content.

STIPULATION FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
CV-09-3517 JF - HRL

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **[Local Rules 7.12 and 16.2 (e)]** |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 4 | Date: 10/22/2009 |
| 5 | _____ |
| | United States District Judge |

Law Offices
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION