**E-Filed 1/27/2010**

SIMON J. FRANKEL (State Bar No. 171552)
E-Mail: sfrankel@cov.com
MARGARET D. WILKINSON (State Bar No. 244965)
E-Mail: mwilkinson@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Attorneys for Defendants
THE HAIN CELESTIAL GROUP, INC.,
KISS MY FACE CORPORATION,
and LEVLAD, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware corporation; KISS MY FACE CORPORATION, a New York corporation; LEVLAD, LLC, a California limited liability company; YSL BEAUTE, INC., a New York corporation; GIOVANNI COSMETICS, INC., a California corporation; COSWAY COMPANY, INC., a California corporation; COUNTRY LIFE, LLC, a New York limited liability company; ORGANIC AND SUSTAINABLE INDUSTRY STANDARDS, INC., a Nevada corporation; ECOCERT FRANCE (SAS), a French corporation; and ECOCERT, INC., a Delaware corporation;<br><br>Defendants. | Civil Case No.: CV-09-3517 JF (HRL)<br><br>**STIPULATION FOR EXTENSION TO RESPOND TO THIRD AMENDED COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, that: (i) Defendants may have until and including Monday, February 15, 2010 to respond to the Third Amended Complaint filed by Plaintiff in this matter; (ii) the Case Management Conference presently scheduled to be held on February 12, 2010 shall be postponed to a date to be re-noticed by the Court and/or the parties which the parties will mutually arrange by communication with the Court immediately following execution of this stipulation; and (iii) and the obligations of counsel pursuant to Federal Rule of Civil Procedure 26(a) and 26(f), and Local Rule 16, shall be postponed to dates consistent with the re-noticed Case Management Conference.

**GOOD CAUSE** exists for this Stipulation, as follows:

1. On September 25, 2009, the Court held a hearing on various Motions to Dismiss pleadings in this case;

2. On December 14, 2009, the Court issued its Order Granting Defendants' Motions to Dismiss and Granting Plaintiff's Motion to Dismiss Ecocert's Counterclaim, providing that Plaintiff could file a Third Amended Complaint by January 13, 2010, and re-setting the Case Management Conference for February 12, 2010;

3. On January 13, 2010, Plaintiff filed its Third Amended Complaint, alleging two counts of false advertising under Section 43(a) of the Lanham Act against Defendants; and

4. The parties have agreed that Defendants may have until and including Monday, February 15, 2010, to respond to the allegations in the Third Amended Complaint.

Accordingly, the parties request that the February 12 Case Management Conference be immediately rescheduled to a date consistent with this stipulation and compliance with the associated Rule 26(a) and 26(f) and Local Rule 16 obligations be

STIPULATION FOR EXTENSION TO RESPOND TO THIRD
AMENDED COMPLAINT AND CONTINUANCE OF CASE
MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Civil Case No.: CV-09-3517 JF (HRL)

1

1 | rescheduled accordingly.
2 |
3 | DATED: January 26, 2010                    FARELLA BRAUN & MARTEL LLP
4 |                                            SANDLER, REIFF & YOUNG PC
5 |                                            By: _____/s/_____
6 |                                                JOHN L. COOPER
                                                    Attorneys for Plaintiff
7 |                                                ALL ONE GOD FAITH, INC., d/b/a
                                                    DR. BRONNER'S MAGIC SOAPS
8 |
9 |                                            COVINGTON & BURLING LLP

10 |                                           By: _____/s/_____
                                                    MARGARET D. WILKINSON
11 |                                                Attorneys for Defendants THE HAIN
                                                    CELESTIAL GROUP, INC.; KISS MY
12 |                                                FACE CORPORATION; and
                                                    LEVLAD, LLC
13 |
14 |                                           GREENBERG TRAURIG LLP
15 |
16 |                                           By: _____/s/_____
                                                    JAMES M. MATTESICH
                                                    Attorneys for Defendant YSL
17 |                                                BEAUTE, INC.
18 |
19 |                                           LEWITT, HACKMAN, SHAPIRO,
                                              MARSHALL & HARLAN LLP
20 |
21 |                                           By: _____/s/_____
                                                    STEPHEN T. HOLZER
                                                    Attorneys for Defendant GIOVANNI
22 |                                                COSMETICS, INC.
23 |
24 |                                           WESTRUP KLICK LLP
25 |                                           By: _____/s/_____
                                                    RHONDA KLICK
26 |                                                Attorneys for Defendant COSWAY
                                                    COMPANY, INC.
27 |
28 |

STIPULATION FOR EXTENSION TO RESPOND TO THIRD    2
AMENDED COMPLAINT AND CONTINUANCE OF CASE
MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Civil Case No.: CV-09-3517 JF (HRL)

|   |   |
|---|---|
| 1 | HOWREY LLP |
| 2 | AJ ROTONDI, PLLC |
| 3 | By: _____/s/_____<br>BENJAMIN K. RILEY |
| 4 | |
| 5 | By: _____/s/_____<br>ANTHONY J. ROTONDI |
| 6 | Attorneys for Defendant COUNTRY LIFE, L.L.C. |
| 7 | |
| 8 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 9 | |
| 10 | By: _____/s/_____<br>THOMAS H. CLARKE, JR. |
| 11 | Attorneys for Defendants ECOCERT FRANCE (SAS) and ECOCERT, INC. |

[~~PROPOSED~~] **ORDER**

**[Local Rules 7-12 and 16-2 (e)]**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 1/27/2010                                    _____
                                                   Hon. Jeremy Fogel
                                                   United States District Judge

# **ATTESTATION**

I, Margaret D. Wilkinson, am the ECF user whose User ID and Password are being used to file the STIPULATION FOR EXTENSION TO RESPOND TO THIRD AMENDED COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from signatories John L. Cooper, James M. Mattesich, Stephen T. Holzer, Rhonda Klick, Benjamin K. Riley, Anthony J. Rotondi, and Thomas H. Clarke, Jr.

DATED: January 26, 2010

/s/
Margaret D. Wilkinson

STIPULATION FOR EXTENSION TO RESPOND TO THIRD AMENDED COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Civil Case No.: CV-09-3517 JF (HRL)

4