1  SIMON J. FRANKEL (State Bar No. 171552)
   E-Mail: sfrankel@cov.com
2  MARGARET D. WILKINSON (State Bar No. 244965)
   E-Mail: mwilkinson@cov.com
3  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
4  San Francisco, California 94111
   Telephone:    (415) 591-6000
5  Facsimile:    (415) 591-6091

6  Attorneys for Defendants
   THE HAIN CELESTIAL GROUP, INC.,
7  KISS MY FACE CORPORATION,
   and LEVLAD, LLC

**E-Filed 2/22/2010**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware corporation; KISS MY FACE CORPORATION, a New York corporation; LEVLAD, LLC, a California limited liability company; YSL BEAUTE, INC., a New York corporation; GIOVANNI COSMETICS, INC., a California corporation; COSWAY COMPANY, INC., a California corporation; COUNTRY LIFE, LLC, a New York limited liability company; ORGANIC AND SUSTAINABLE INDUSTRY STANDARDS, INC., a Nevada corporation; ECOCERT FRANCE (SAS), a French corporation; and ECOCERT, INC., a Delaware corporation;<br><br>Defendants. | Civil Case No.: CV-09-3517 JF (HRL)<br><br>**STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THIRD AMENDED COMPLAINT; [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, that: (i) Defendants may have until and including Tuesday, February 16, 2010 to file their Motions to Dismiss the Third Amended Complaint; (ii) Plaintiff may have until and including Friday, April 2, 2010 to file its Opposition to the Motions to Dismiss; and (ii) Defendants may have until and including Friday, April 16, 2010 to file their Reply to Plaintiff's Opposition.

**GOOD CAUSE** exists for this Stipulation, as follows:

1. On January 27, 2010, the Court approved the Parties' stipulation that Defendants would have until and including Monday, February 15, 2010 to respond to Plaintiff's Third Amended Complaint;

2. Since Monday, February 15, 2010 is a court holiday, the parties have agreed that Defendants may file their Motions to Dismiss the Third Amended Complaint on Tuesday, February 16, 2010;

3. Defendants have reserved Friday, April 30, 2010 on the Court's calendar for the hearing of the Motions to Dismiss the Third Amended Complaint, and Plaintiff has agreed to this date; and

4. The parties have agreed that Plaintiff may have until and including Friday, April 2, 2010 to file its Opposition to the Motions to Dismiss the Third Amended Complaint, and that Defendants may have until and including Friday, April 16, 2010 to file their Reply to Plaintiff's Opposition.

Accordingly, the parties request that the Court approve the briefing schedule to which they have agreed.

DATED: February 12, 2010

FARELLA BRAUN & MARTEL LLP
SANDLER, REIFF & YOUNG PC

By: *[signature]*
MORGAN T. JACKSON
Attorneys for Plaintiff
ALL ONE GOD FAITH, INC., d/b/a
DR. BRONNER'S MAGIC SOAPS

STIPULATION TO SET BRIEFING SCHEDULE FOR
DEFENDANTS' MOTIONS TO DISMISS THIRD AMENDED
COMPLAINT; [PROPOSED] ORDER
Civil Case No.: CV-09-3517 JF (HRL)

1

COVINGTON & BURLING LLP

By: _____/s/_____
MARGARET D. WILKINSON
Attorneys for Defendants THE HAIN
CELESTIAL GROUP, INC.; KISS MY
FACE CORPORATION; and
LEVLAD, LLC

GREENBERG TRAURIG LLP

By: _____/s/_____
JAMES M. MATTESICH
Attorneys for Defendant YSL
BEAUTE, INC.

LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN LLP

By: _____/s/_____
STEPHEN T. HOLZER
Attorneys for Defendant GIOVANNI
COSMETICS, INC.

WESTRUP KLICK LLP

By: _____/s/_____
RHONDA KLICK
Attorneys for Defendant COSWAY
COMPANY, INC.

HOWREY LLP
AJ ROTONDI, PLLC

By: _____/s/_____
BENJAMIN K. RILEY
Attorneys for Defendant COUNTRY
LIFE, L.L.C.

STIPULATION TO SET BRIEFING SCHEDULE FOR
DEFENDANTS' MOTIONS TO DISMISS THIRD AMENDED
COMPLAINT; [PROPOSED] ORDER
Civil Case No.: CV-09-3517 JF (HRL)

2

| | |
|---|---|
| 1 | |
| 2 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 3 | |
| 4 | By: _____/s/_____<br>THOMAS H. CLARKE, JR. |
| 5 | Attorneys for Defendants<br>ECOCERT FRANCE (SAS) and<br>ECOCERT, INC. |

## [PROPOSED] ORDER

### [Local Rules 7-12 and 16-2 (e)]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 2/22/2010

_____
Hon. Jeremy Fogel
United States District Judge

STIPULATION TO SET BRIEFING SCHEDULE FOR
DEFENDANTS' MOTIONS TO DISMISS THIRD AMENDED
COMPLAINT; [PROPOSED] ORDER
Civil Case No.: CV-09-3517 JF (HRL)

3

# **ATTESTATION**

I, Margaret D. Wilkinson, am the ECF user whose User ID and Password are being used to file the STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THIRD AMENDED COMPLAINT and [PROPOSED] ORDER. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from signatories James M. Mattesich, Stephen T. Holzer, Rhonda Klick, Benjamin K. Riley, and Thomas H. Clarke, Jr.

DATED: February 12, 2010

/s/
Margaret D. Wilkinson

STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THIRD AMENDED COMPLAINT; [PROPOSED] ORDER
Civil Case No.: CV-09-3517 JF (HRL)

4