1  WILLIAM J. FRIEDMAN (admitted *pro hac vice*)
   E-Mail: wfriedman@cov.com
2  SIMON J. FRANKEL (State Bar No. 171552)
   E-Mail: sfrankel@cov.com
3  MARGARET D. WILKINSON (State Bar No. 244965)
   E-Mail: mwilkinson@cov.com
4  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
5  San Francisco, California 94111
   Telephone:    (415) 591-6000
6  Facsimile:    (415) 591-6091

7  Attorneys for Defendants
   THE HAIN CELESTIAL GROUP, INC.,
8  KISS MY FACE CORPORATION,
   and LEVLAD, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS, a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware corporation; KISS MY FACE CORPORATION, a New York corporation; LEVLAD, LLC, a California limited liability company; YSL BEAUTE, INC., a New York corporation; GIOVANNI COSMETICS, INC., a California corporation; COSWAY COMPANY, INC., a California corporation; COUNTRY LIFE, LLC, a New York limited liability company; ORGANIC AND SUSTAINABLE INDUSTRY STANDARDS, INC., a Nevada corporation; ECOCERT FRANCE (SAS), a French corporation; and ECOCERT, INC., a Delaware corporation;<br><br>    Defendants. | Civil Case No.: CV-09-3517  JF (HRL)<br><br>**STIPULATION FOR EXTENSION TO RESPOND TO LEVLAD, LLC'S MOTION TO DISMISS THIRD AMENDED COMPLAINT; [PROPOSED] ORDER** |

1  **IT IS HEREBY STIPULATED**, by and between the parties hereto, that: (i)
2  Plaintiff's Opposition to Levlad, LLC's motion to dismiss the Third Amended Complaint is no
3  longer due on Friday, April 2, 2010; (ii) Plaintiff and Levlad will agree to a new date for the
4  filing of Plaintiff's Opposition to Levlad's motion by no later than Friday, April 9, 2010, after
5  resolving the impact of Levlad's bankruptcy proceeding on this action; (iii) Plaintiff's
6  Oppositions to all other Defendants' motions to dismiss remain due on Friday, April 2, 2010;
7  and (iv) Plaintiff will file the same Opposition against Levlad as it files against Defendants The
8  Hain Celestial Group, Inc. and Kiss My Face Corporation.

9  **GOOD CAUSE** exists for this Stipulation, as follows:

10  1. On January 13, 2010, Plaintiff filed its Third Amended Complaint,
11  alleging two counts of false advertising under Section 43(a) of the Lanham Act against
12  Defendants;

13  2. On February 5, 2010, Levlad, LLC filed its Suggestion of Bankruptcy and
14  Notice of Operation of the Automatic Stay, which notified the Parties that on January 27, 2010,
15  Natural Products Group, LLC and certain of its affiliates, including Levlad (collectively,
16  "Debtors"), each filed voluntary petitions for relief under chapter 11 of title 11 of the United
17  States Code, 11 U.S.C. §§ 101, *et seq.*, in the United States Bankruptcy Court for the District of
18  Delaware, and that pursuant to section 362(a) of the Bankruptcy Code, the commencement of
19  the chapter 11 cases operates as a stay, applicable to without limitation Levlad, of among other
20  things: "the commencement or continuation, including the issuance or employment of process,
21  of a judicial, administrative or other action or proceeding against the debtor that was or could
22  have been commenced before the commencement of the case under this title, or to recover a
23  claim against the debtor that arose before the commencement of the case under this title";

24  3. On February 16, 2010, Defendants filed Motions to Dismiss Plaintiff's
25  Third Amended Complaint;

26  4. On February 22, 2010, the Court approved the Parties' stipulation that
27  Plaintiff would have until and including Friday, April 2, 2010 to oppose Defendants' motions to
28

STIPULATION FOR EXTENSION TO RESPOND TO
LEVLAD, LLC'S MOTION TO DISMISS THIRD AMENDED
COMPLAINT; [PROPOSED] ORDER
Civil Case No.: CV-09-3517 JF (HRL)

1

1  dismiss and that Defendants would have until and including Friday, April 16, 2010 to reply to

2  Plaintiff's Opposition, and set the hearing of Defendants' Motions for Friday, April 30, 2010;

3          5.      Also on February 22, the United States Bankruptcy Court for the District

4  of Delaware entered an Order confirming Debtors' Joint Prepackaged Chapter 11 Plan of

5  Reorganization and entering an injunction with the same effect as the stay that arose upon

6  Debtors' commencement of the bankruptcy proceeding;

7          6.      Plaintiff and Levlad have agreed that the propriety of Plaintiff's filing of

8  an Opposition to Levlad's Motion to Dismiss is in question because of the injunction; and

9          7.      Plaintiff and Levlad will not be able to resolve the issue of the bankruptcy

10 proceeding's effect on Plaintiff's filing of an Opposition to Levlad's Motion to Dismiss by

11 Friday, April 2.

12         Accordingly, Plaintiff and Levlad, LLC request that the Court order that Plaintiff

13 need not file an Opposition to Levlad's Motion to Dismiss by Friday, April 2, although the April

14 2 date will remain in effect as to all other Defendants' Motions to Dismiss; that Plaintiff and

15 Levlad agree to a new date for the filing of Plaintiff's Opposition by Friday, April 9; and that

16 Plaintiff will file the same Opposition against Levlad as it files against Defendants The Hain

17 Celestial Group, Inc. and Kiss My Face Corporation.

19 DATED: April 1, 2010

FARELLA BRAUN & MARTEL LLP
SANDLER, REIFF & YOUNG PC

By: _____
    JOHN L. COOPER
    Attorneys for Plaintiff
    ALL ONE GOD FAITH, INC., d/b/a
    DR. BRONNER'S MAGIC SOAPS

COVINGTON & BURLING LLP

By: _____/s/_____
    MARGARET D. WILKINSON
    Attorneys for Defendants THE HAIN
    CELESTIAL GROUP, INC.; KISS MY
    FACE CORPORATION; and
    LEVLAD, LLC

STIPULATION FOR EXTENSION TO RESPOND TO
LEVLAD, LLC'S MOTION TO DISMISS THIRD AMENDED
COMPLAINT; [PROPOSED] ORDER
Civil Case No.: CV-09-3517 JF (HRL)

2

1  dismiss and that Defendants would have until and including Friday, April 16, 2010 to reply to
2  Plaintiff's Opposition, and set the hearing of Defendants' Motions for Friday, April 30, 2010;
3          5.    Also on February 22, the United States Bankruptcy Court for the District
4  of Delaware entered an Order confirming Debtors' Joint Prepackaged Chapter 11 Plan of
5  Reorganization and entering an injunction with the same effect as the stay that arose upon
6  Debtors' commencement of the bankruptcy proceeding;
7          6.    Plaintiff and Levlad have agreed that the propriety of Plaintiff's filing of
8  an Opposition to Levlad's Motion to Dismiss is in question because of the injunction; and
9          7.    Plaintiff and Levlad will not be able to resolve the issue of the bankruptcy
10  proceeding's effect on Plaintiff's filing of an Opposition to Levlad's Motion to Dismiss by
11  Friday, April 2.
12          Accordingly, Plaintiff and Levlad, LLC request that the Court order that Plaintiff
13  need not file an Opposition to Levlad's Motion to Dismiss by Friday, April 2, although the April
14  2 date will remain in effect as to all other Defendants' Motions to Dismiss; that Plaintiff and
15  Levlad agree to a new date for the filing of Plaintiff's Opposition by Friday, April 9; and that
16  Plaintiff will file the same Opposition against Levlad as it files against Defendants The Hain
17  Celestial Group, Inc. and Kiss My Face Corporation.

DATED: March 31, 2010

FARELLA BRAUN & MARTEL LLP
SANDLER, REIFF & YOUNG PC

By: /s/ John L. Cooper /MTJ
JOHN L. COOPER
Attorneys for Plaintiff
ALL ONE GOD FAITH, INC., d/b/a
DR. BRONNER'S MAGIC SOAPS

COVINGTON & BURLING LLP

By: _____
MARGARET D. WILKINSON
Attorneys for Defendants THE HAIN
CELESTIAL GROUP, INC.; KISS MY
FACE CORPORATION; and
LEVLAD, LLC

STIPULATION FOR EXTENSION TO RESPOND TO LEVLAD, LLC'S MOTION TO DISMISS THIRD AMENDED COMPLAINT; [PROPOSED] ORDER
Civil Case No.: CV-09-3517 JF (HRL)

2

**[PROPOSED] ORDER**

**[Local Rules 7-12 and 16-2 (e)]**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____          _____
                                                                    Hon. Jeremy Fogel
                                                                    United States District Judge

STIPULATION FOR EXTENSION TO RESPOND TO
LEVLAD, LLC'S MOTION TO DISMISS THIRD AMENDED
COMPLAINT; [PROPOSED] ORDER
Civil Case No.: CV-09-3517  JF (HRL)

3