1  WILLIAM J. FRIEDMAN (admitted *pro hac vice*)
   E-Mail: wfriedman@cov.com
2  SIMON J. FRANKEL (State Bar No. 171552)
   E-Mail: sfrankel@cov.com
3  MARGARET D. WILKINSON (State Bar No. 244965)
   E-Mail: mwilkinson@cov.com
4  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
5  San Francisco, California 94111
   Telephone:    (415) 591-6000
6  Facsimile:    (415) 591-6091

7  Attorneys for Defendants
   THE HAIN CELESTIAL GROUP, INC.,
8  KISS MY FACE CORPORATION,
   and LEVLAD, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware corporation; KISS MY FACE CORPORATION, a New York corporation; LEVLAD, LLC, a California limited liability company; YSL BEAUTE, INC., a New York corporation; GIOVANNI COSMETICS, INC., a California corporation; COSWAY COMPANY, INC., a California corporation; COUNTRY LIFE, LLC, a New York limited liability company; ORGANIC AND SUSTAINABLE INDUSTRY STANDARDS, INC., a Nevada corporation; ECOCERT FRANCE (SAS), a French corporation; and ECOCERT, INC., a Delaware corporation;<br><br>　　　　Defendants. | Civil Case No.: CV-09-3517  JF (HRL)<br><br>**STIPULATION TO WITHDRAW LEVLAD, LLC'S MOTION TO DISMISS THIRD AMENDED COMPLAINT;** ~~[PROPOSED]~~ **ORDER** |

STIPULATION TO WITHDRAW LEVLAD, LLC'S MOTION
TO DISMISS THIRD AMENDED COMPLAINT;
[PROPOSED] ORDER
Civil Case No.: CV-09-3517  JF (HRL)

1   On April 1, 2010, Plaintiff and Levlad, LLC entered a stipulation that Plaintiff's Opposition to Levlad's motion to dismiss would no longer be due on April 2, to permit the Plaintiff and Levlad to resolve the impact on this action. The stipulation was filed with this Court on April 1 (Dkt. No. 99). Plaintiff and Levlad have reached an agreement on this issue.

**IT IS HEREBY STIPULATED**, by and between Defendants Hain Celestial Group, Inc., Kiss My Face Corporation, and Levlad, LLC, and Plaintiff All One God Faith, Inc., that in respect of the February 22, 2010 injunction entered by the United States Bankruptcy Court for the District of Delaware in *In re: Natural Products Group, LLC, et al*, Case No. 10-10239 (BLS) (Defendant Levlad LLC's parent company), attached hereto as Attachment A, the Defendants' currently pending Motion to Dismiss is withdrawn *nunc pro tunc* as to Levlad solely, and that no response by Plaintiff to the withdrawn Motion is required or shall be filed as to Levlad. As to Defendants Hain Celestial Group, Inc., and Kiss My Face Corporation, the Motion to Dismiss remains filed and pending. The parties do not intend that this stipulation shall prejudice their respective rights in any way in the aforementioned bankruptcy proceeding.

Accordingly, Plaintiff and Levlad request that the Court order that the pending motion to dismiss by Levlad be withdrawn *nunc pro tunc* and that Plaintiff need not and shall not file any opposition papers to Levlad's withdrawn motion to dismiss.

DATED: April 12, 2010

FARELLA BRAUN & MARTEL LLP
SANDLER, REIFF & YOUNG PC


By: _____
    JOHN L. COOPER
    Attorneys for Plaintiff
    ALL ONE GOD FAITH, INC., d/b/a
    DR. BRONNER'S MAGIC SOAPS


COVINGTON & BURLING LLP


By: _____/s/_____
    MARGARET D. WILKINSON
    Attorneys for Defendants THE HAIN
    CELESTIAL GROUP, INC.; KISS MY
    FACE CORPORATION; and
    LEVLAD, LLC

STIPULATION TO WITHDRAW LEVLAD, LLC'S MOTION
TO DISMISS THIRD AMENDED COMPLAINT;
[PROPOSED] ORDER
Civil Case No.: CV-09-3517 JF (HRL)

1

On April 1, 2010, Plaintiff and Levlad, LLC entered a stipulation that Plaintiff's Opposition to Levlad's motion to dismiss would no longer be due on April 2, to permit the Plaintiff and Levlad to resolve the impact on this action. The stipulation was filed with this Court on April 1 (Dkt. No. 99). Plaintiff and Levlad have reached an agreement on this issue.

**IT IS HEREBY STIPULATED**, by and between Defendants Hain Celestial Group, Inc., Kiss My Face Corporation, and Levlad, LLC, and Plaintiff All One God Faith, Inc., that in respect of the February 22, 2010 injunction entered by the United States Bankruptcy Court for the District of Delaware in *In re: Natural Products Group, LLC, et al*, Case No. 10-10239 (BLS) (Defendant Levlad LLC's parent company), attached hereto as Attachment A, the Defendants' currently pending Motion to Dismiss is withdrawn *nunc pro tunc* as to Levlad solely, and that no response by Plaintiff to the withdrawn Motion is required or shall be filed as to Levlad. As to Defendants Hain Celestial Group, Inc., and Kiss My Face Corporation, the Motion to Dismiss remains filed and pending. The parties do not intend that this stipulation shall prejudice their respective rights in any way in the aforementioned bankruptcy proceeding.

Accordingly, Plaintiff and Levlad request that the Court order that the pending motion to dismiss by Levlad be withdrawn *nunc pro tunc* and that Plaintiff need not and shall not file any opposition papers to Levlad's withdrawn motion to dismiss.

DATED: April 12, 2010

FARELLA BRAUN & MARTEL LLP
SANDLER, REIFF & YOUNG PC

By: /s/ John L. Cooper
JOHN L. COOPER
Attorneys for Plaintiff
ALL ONE GOD FAITH, INC., d/b/a
DR. BRONNER'S MAGIC SOAPS

COVINGTON & BURLING LLP

By: _____
MARGARET D. WILKINSON
Attorneys for Defendants THE HAIN
CELESTIAL GROUP, INC.; KISS MY
FACE CORPORATION; and
LEVLAD, LLC

STIPULATION TO WITHDRAW LEVLAD, LLC'S MOTION
TO DISMISS THIRD AMENDED COMPLAINT;
[PROPOSED] ORDER
Civil Case No.: CV-09-3517 JF (HRL)                                     1

**[PROPOSED] ORDER**

**[Local Rules 7-12 and 16-2 (e)]**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 4/13/10

_____
Hon. Jeremy Fogel
United States District Judge

STIPULATION TO WITHDRAW LEVLAD, LLC'S MOTION
TO DISMISS THIRD AMENDED COMPLAINT;
[PROPOSED] ORDER
Civil Case No.: CV-09-3517  JF (HRL)

2