WILLIAM J. FRIEDMAN (admitted *pro hac vice*)
E-Mail: wfriedman@cov.com
SIMON J. FRANKEL (State Bar No. 171552)
E-Mail: sfrankel@cov.com
MARGARET D. WILKINSON (State Bar No. 244965)
E-Mail: mwilkinson@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Telephone:     (415) 591-6000
Facsimile:     (415) 591-6091

Attorneys for Defendants
THE HAIN CELESTIAL GROUP, INC.,
KISS MY FACE CORPORATION,
and LEVLAD, LLC

**E-Filed 8/20/2010**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS, a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware corporation; KISS MY FACE CORPORATION, a New York corporation; LEVLAD, LLC, a California limited liability company; YSL BEAUTE, INC., a New York corporation; GIOVANNI COSMETICS, INC., a California corporation; COSWAY COMPANY, INC., a California corporation; COUNTRY LIFE, LLC, a New York limited liability company; ORGANIC AND SUSTAINABLE INDUSTRY STANDARDS, INC., a Nevada corporation; ECOCERT FRANCE (SAS), a French corporation; and ECOCERT, INC., a Delaware corporation;<br><br>    Defendants. | Civil Case No.: CV-09-3517  JF (HRL)<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1   **IT IS HEREBY STIPULATED**, by and between the parties hereto, that the case management conference currently scheduled for Friday, September 10 may be rescheduled to Friday, October 15.

**GOOD CAUSE** exists for this Stipulation, as follows:

1. On May 24, 2010, the Court stayed this action as to Defendants The Hain Celestial Group, Inc., Kiss My Face Corporation, Levlad, LLC, Giovanni Cosmetics, Inc., Cosway Company, Inc., Ecocert France (SAS), Ecocert, Inc., and Country Life, L.L.C.  The Order scheduled a case management conference for September 10, 2010, to determine the progress of administrative proceedings before USDA.

2. Counsel for Hain, KMF and Levlad has a scheduling conflict on September 10, and the parties have agreed that the case management conference may be held on October 15 instead; and

3. Counsel has confirmed with the Court's calendar clerk that the Court is available to hold case management conferences on October 15.

Accordingly, the parties request that the Court reschedule the case management conference to October 15, 2010.

DATED:  August 18, 2010

FARELLA BRAUN & MARTEL LLP
SANDLER, REIFF & YOUNG PC

By: _____/s/_____
JOHN L. COOPER
Attorneys for Plaintiff
ALL ONE GOD FAITH, INC., d/b/a
DR. BRONNER'S MAGIC SOAPS

COVINGTON & BURLING LLP

By: _____/s/_____
MARGARET D. WILKINSON
Attorneys for Defendants THE HAIN
CELESTIAL GROUP, INC.; KISS MY
FACE CORPORATION; and
LEVLAD, LLC

STIPULATION TO RESCHEDULE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER            1
Civil Case No.: CV-09-3517  JF (HRL)

|   |   |
|---|---|
| 1 | LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN LLP |
| 2 |   |
| 3 | By: _____/s/_____ |
| 4 | STEPHEN T. HOLZER<br>Attorneys for Defendant GIOVANNI COSMETICS, INC. |
| 5 |   |
| 6 | WESTRUP KLICK LLP |
| 7 |   |
| 8 | By: _____/s/_____<br>RHONDA KLICK |
| 9 | Attorneys for Defendant COSWAY COMPANY, INC. |
| 10 |   |
| 11 | HOWREY LLP<br>AJ ROTONDI, PLLC |
| 12 |   |
| 13 | By: _____/s/_____<br>BENJAMIN K. RILEY |
| 14 |   |
| 15 | By: _____/s/_____<br>ANTHONY J. ROTONDI |
| 16 | Attorneys for Defendant COUNTRY LIFE, L.L.C. |
| 17 |   |
| 18 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 19 |   |
| 20 | By: _____/s/_____<br>TIMOTHY A. DOLAN |
| 21 | Attorneys for Defendants ECOCERT FRANCE (SAS) and ECOCERT, INC. |
| 22 |   |

### [~~PROPOSED~~] ORDER

**[Local Rules 7-12 and 16-2 (e)]**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __8/20/2010_____    _____
Hon. Jeremy Fogel
United States District Judge

STIPULATION TO RESCHEDULE CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER
Civil Case No.: CV-09-3517 JF (HRL)

2

| | |
|---|---|
| 1 | **ATTESTATION** |

I, Margaret D. Wilkinson, am the ECF user whose User ID and Password are being used to file the STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER.  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from signatories John L. Cooper, Stephen T. Holzer, Rhonda Klick, Benjamin K. Riley, Anthony J. Rotondi, and Timothy A. Dolan.

DATED:  August 18, 2010                                                   /s/
                                                              Margaret D. Wilkinson

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Civil Case No.: CV-09-3517  JF (HRL)                    3