1  WILLIAM J. FRIEDMAN (admitted *pro hac vice*)
   E-Mail: wfriedman@cov.com
2  SIMON J. FRANKEL (State Bar No. 171552)
   E-Mail: sfrankel@cov.com
3  MARGARET D. WILKINSON (State Bar No. 244965)
   E-Mail: mwilkinson@cov.com
4  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
5  San Francisco, California 94111
   Telephone:    (415) 591-6000
6  Facsimile:    (415) 591-6091

7  Attorneys for Defendants
   THE HAIN CELESTIAL GROUP, INC.,
8  KISS MY FACE CORPORATION,
   and LEVLAD, LLC

9

10

11
                       **UNITED STATES DISTRICT COURT**
12
                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13
                                **SAN JOSE DIVISION**
14

15  ALL ONE GOD FAITH, INC., d/b/a DR.           Civil Case No.: CV-09-3517  JF (HRL)
    BRONNER'S MAGIC SOAPS, a California
16  corporation,
                                                 **STIPULATION TO RESCHEDULE**
17       Plaintiff,                              **CASE MANAGEMENT**
                                                 **CONFERENCE; [PROPOSED]**
18       vs.                                     **ORDER**

19  THE HAIN CELESTIAL GROUP, INC., a
    Delaware corporation; KISS MY FACE
20  CORPORATION, a New York corporation;
    LEVLAD, LLC, a California limited
21  liability company; YSL BEAUTE, INC., a
    New York corporation; GIOVANNI
22  COSMETICS, INC., a California
    corporation; COSWAY COMPANY, INC.,
23  a California corporation; COUNTRY LIFE,
    LLC, a New York limited liability company;
24  ORGANIC AND SUSTAINABLE
    INDUSTRY STANDARDS, INC., a
25  Nevada corporation; ECOCERT FRANCE
    (SAS), a French corporation; and
26  ECOCERT, INC., a Delaware corporation;

27
         Defendants.
28

1    **IT IS HEREBY STIPULATED**, by and between the parties hereto, that the
2    case management conference currently scheduled for Friday, April 15, 2011 may be rescheduled
3    to Friday, June 10, 2011.

4    **GOOD CAUSE** exists for this Stipulation, as follows:

5    1.   On January 14, 2011, a case management conference was held.  The
6    Court scheduled another case management conference for Friday, April 15.

7    2.   On February 2, 2011, the Court sent a letter to the United States
8    Department of Agriculture ("USDA") inviting the USDA to provide any additional information
9    relevant to this action that it might possess.  The Court informed the USDA that the parties' next
10   court date was on April 15 and that a response before that date would be appreciated.  To the
11   parties' knowledge, the USDA has not yet responded to the Court's letter.

12   3.   Counsel for Hain, KMF, and Levlad has a scheduling conflict on April
13   15, and the parties have agreed that the case management conference may be held on June 10
14   instead; and

15   4.   Counsel has confirmed with the Court's calendar clerk that the Court is
16   available to hold case management conferences on June 10.

17   Accordingly, the parties request that the Court reschedule the case management
18   conference to June 10, 2011.

DATED:  April 13, 2011                FARELLA BRAUN & MARTEL LLP
                                      SANDLER, REIFF & YOUNG PC


                                      By:       /s/
                                         JOHN L. COOPER
                                         Attorneys for Plaintiff
                                         ALL ONE GOD FAITH, INC., d/b/a
                                         DR. BRONNER'S MAGIC SOAPS


                                      COVINGTON & BURLING LLP


                                      By:       /s/
                                         MARGARET D. WILKINSON
                                         Attorneys for Defendants THE HAIN
                                         CELESTIAL GROUP, INC.; KISS MY
                                         FACE CORPORATION; and

STIPULATION TO RESCHEDULE CASE MANAGEMENT           1
CONFERENCE; [PROPOSED] ORDER
Civil Case No.: CV-09-3517  JF (HRL)

|  |  |
|---|---|
| | LEVLAD, LLC |
| | LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN LLP |
| | By: ____/s/_____<br>STEPHEN T. HOLZER<br>Attorneys for Defendant GIOVANNI COSMETICS, INC. |
| | WESTRUP KLICK LLP |
| | By: ____/s/_____<br>RHONDA KLICK<br>Attorneys for Defendant COSWAY COMPANY, INC. |
| | BARTKO, ZANKEL, TARRANT & MILLER<br>AJ ROTONDI, PLLC |
| | By: ____/s/_____<br>BENJAMIN K. RILEY<br>Attorneys for Defendant COUNTRY LIFE, L.L.C. |
| | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: ____/s/_____<br>TIMOTHY A. DOLAN<br>Attorneys for Defendants ECOCERT FRANCE (SAS) and ECOCERT, INC. |

### [~~PROPOSED~~] ORDER

**[Local Rules 7-12 and 16-2 (e)]**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __4/15/11_____         _____/s/ Jeremy Fogel_____
                                  Hon. Jeremy Fogel
                                  United States District Judge

1 **ATTESTATION**

2       I, Margaret D. Wilkinson, am the ECF user whose User ID and Password are
3 being used to file the STIPULATION TO RESCHEDULE CASE MANAGEMENT
4 CONFERENCE and [PROPOSED] ORDER.  In compliance with General Order 45.X.B, I
5 hereby attest that concurrence in the filing of this document has been obtained from signatories
6 John L. Cooper, Stephen T. Holzer, Rhonda Klick, Benjamin K. Riley, and Timothy A. Dolan.

7
8 DATED:  April 13, 2011                                                  /s/
                                                                             Margaret D. Wilkinson
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28