1  WILLIAM J. FRIEDMAN (admitted *pro hac vice*)　　**E-Filed 9/1/2011**
   E-Mail: wfriedman@cov.com
2  SIMON J. FRANKEL (State Bar No. 171552)
   E-Mail: sfrankel@cov.com
3  MARGARET D. WILKINSON (State Bar No. 244965)
   E-Mail: mwilkinson@cov.com
4  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
5  San Francisco, California 94111
   Telephone:    (415) 591-6000
6  Facsimile:    (415) 591-6091

7  Attorneys for Defendants
   THE HAIN CELESTIAL GROUP, INC.,
8  KISS MY FACE CORPORATION,
   and LEVLAD, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS, a California corporation, | Civil Case No.: CV-09-3517  JF (HRL) |
| Plaintiff, | **STIPULATION TO RESCHEDULE SEPTEMBER 9, 2011 HEARING; [PROPOSED] ORDER** |
| vs. | |
| THE HAIN CELESTIAL GROUP, INC., a Delaware corporation; KISS MY FACE CORPORATION, a New York corporation; LEVLAD, LLC, a California limited liability company; YSL BEAUTE, INC., a New York corporation; GIOVANNI COSMETICS, INC., a California corporation; COSWAY COMPANY, INC., a California corporation; COUNTRY LIFE, LLC, a New York limited liability company; ORGANIC AND SUSTAINABLE INDUSTRY STANDARDS, INC., a Nevada corporation; ECOCERT FRANCE (SAS), a French corporation; and ECOCERT, INC., a Delaware corporation; | |
| Defendants. | |

1  **IT IS HEREBY STIPULATED**, by and between the parties hereto, that the hearing on the parties' pending motions currently scheduled for Friday, September 9, 2011 may be rescheduled to Friday, September 16, 2011.

**GOOD CAUSE** exists for this Stipulation, as follows:

1. On June 10, 2011, a case management conference was held. The Court scheduled a hearing on any motions the parties might file regarding how to proceed in this action for September 9, 2011.

2. On August 3, 2011, the Court entered an order approving the parties' stipulated briefing schedule, under which opening briefs would be filed on or before August 5, oppositions would be filed on or before August 19, and replies would be filed on or before August 26.

3. On August 4, Defendants Hain, KMF, and Levlad filed their Renewed Motion to Dismiss the Third Amended Complaint, in which the remaining defendants joined. On August 5, Plaintiff filed a Motion to Lift Stay and Proceed Pursuant to Discovery Plan.

4. Counsel for Hain, KMF, and Levlad has a scheduling conflict on September 9, and the parties have agreed that the hearing may be held on September 16 instead; and

5. Counsel has confirmed with the Court's calendar clerk that the Court is available to hold the hearing on September 16.

Accordingly, the parties request that the Court reschedule the hearing to September 16, 2011.

DATED: August 18, 2011

FARELLA BRAUN & MARTEL LLP
SANDLER, REIFF & YOUNG PC

By: _____/s/_____
JOHN L. COOPER
Attorneys for Plaintiff
ALL ONE GOD FAITH, INC., d/b/a
DR. BRONNER'S MAGIC SOAPS

COVINGTON & BURLING LLP

By: _____/s/_____
    MARGARET D. WILKINSON
    Attorneys for Defendants THE HAIN
    CELESTIAL GROUP, INC.; KISS MY
    FACE CORPORATION; and
    LEVLAD, LLC


LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN LLP

By: _____/s/_____
    STEPHEN T. HOLZER
    Attorneys for Defendant GIOVANNI
    COSMETICS, INC.


WESTRUP KLICK LLP

By: _____/s/_____
    RHONDA KLICK
    Attorneys for Defendant COSWAY
    COMPANY, INC.


BARTKO, ZANKEL, TARRANT &
MILLER
AJ ROTONDI, PLLC

By: _____/s/_____
    BENJAMIN K. RILEY
    Attorneys for Defendant COUNTRY
    LIFE, L.L.C.


ROPERS, MAJESKI, KOHN &
BENTLEY

By: _____/s/_____
    THOMAS A. CLARKE, JR.
    Attorneys for Defendants
    ECOCERT FRANCE (SAS) and
    ECOCERT, INC.

1 **[PROPOSED] ORDER**

2 **[Local Rules 7-12 and 16-2 (e)]**

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5    Date: 9/1/2011   

6    Hon. Jeremy Fogel
     United States District Judge

**ATTESTATION**

I, Margaret D. Wilkinson, am the ECF user whose User ID and Password are being used to file the STIPULATION TO RESCHEDULE SEPTEMBER 9, 2011 HEARING and [PROPOSED] ORDER.  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from signatories John L. Cooper, Stephen T. Holzer, Rhonda Klick, Benjamin K. Riley, and Thomas A. Clarke, Jr.


DATED:  August 18, 2011                                         /s/
                                                                                Margaret D. Wilkinson