John L. Cooper (SBN 050324)
E-mail: jcooper@fbm.com
Morgan T. Jackson (SBN 250910)
E-mail: mjackson@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Joseph E. Sandler *(pro hac vice)*
E-mail: sandler@sandlerreiff.com
SANDLER, REIFF & YOUNG, P.C.
300 M Street, S.E., Suite 1102
Washington, D.C. 20003
Telephone: (202) 479-1111
Facsimile: (202) 479-1115

Attorneys for Plaintiff
ALL ONE GOD FAITH, INC., d/b/a
DR. BRONNER'S MAGIC SOAPS

William J. Friedman (*pro hac vice*)
E-Mail: wfriedman@cov.com
Simon J. Frankel (SBN 171552)
E-Mail: sfrankel@cov.com
Margaret D. Wilkinson (SBN 244965)
E-Mail: mwilkinson@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

Attorneys for Defendant
LEVLAD, LLC

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware corporation; KISS MY FACE CORPORATION, a New York corporation; LEVLAD, LLC, a California limited liability company; GIOVANNI COSMETICS, INC., a California corporation; COSWAY COMPANY, INC., a California corporation; COUNTRY LIFE, LLC, a New York limited liability company; ECOCERT FRANCE (SAS), a French corporation; and ECOCERT, INC., a Delaware corporation;<br><br>Defendants. | Civil Case No.: CV-09-3517 (SI)<br><br>**STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT LEVLAD, LLC**<br><br>IT IS SO ORDERED<br>*[signature]*<br>Judge Susan Illston |

1  **IT IS HEREBY STIPULATED** by and between Plaintiff All One God Faith, Inc., d/b/a
2  Dr. Bronner's Magic Soaps ("Dr. Bronner's") and Defendant Levlad, LLC, pursuant to Rule
3  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action as against Defendant
4  Levlad, LLC be, and it hereby is, dismissed with prejudice. This stipulation shall not affect any of
5  Plaintiff's claims against any other defendant.

DATED: January 17, 2012               FARELLA BRAUN & MARTEL LLP
                                       SANDLER, REIFF & YOUNG PC


                                       By:   /s/ John L. Cooper

                                           John L. Cooper
                                           Attorneys for Plaintiff
                                           ALL ONE GOD FAITH, INC., d/b/a DR.
                                           BRONNER'S MAGIC SOAPS


                                       COVINGTON & BURLING LLP


                                       By:   /s/ William J. Friedman

                                           William J. Friedman (*pro hac vice*)
                                           Attorneys for Defendant LEVLAD, LLC

I, John L. Cooper, attest by filing this document under my ECF user ID and Password, that the concurrence in the filing of this document has been obtained from each of the other signatories.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION OF DISMISSAL AGAINST LEVLAD
Civil Case No.: CV-09-3517 (SI)

-1-

23183\2925681.1

# PROOF OF SERVICE

I, Mayra Banuelos, declare:

I am a resident of the United States and employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 17th Floor, San Francisco, CA 94104. My e-mail address is mbanuelos@fbm.com. On January 17, 2012 I served a copy of the within document(s):

**STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT LEVLAD, LLC**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, CA addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Delivery Service agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

William J. Friedman
Covington & Burling LLP
1201 Pennsylvania Avenue
Washington, DC 20004

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2012, at San Francisco, California.

_____
Mayra Banuelos

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Proof of Service
Civil Case No.: CV-09-3517 (SI)

- 2 -

23183\2925681.1