| | |
|---|---|
| FARELLA BRAUN + MARTEL LLP<br>John L. Cooper (SBN 050324)<br>  jcooper@fbm.com<br>Morgan T. Jackson (SBN 250910)<br>  mjackson@fbm.com<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>SANDLER, REIFF & YOUNG, P.C.<br>Joseph E. Sandler (pro hac vice)<br>E-mail: sandler@sandlerreiff.com<br>300 M Street, S.E., Suite 1102<br>Washington, D.C. 20003<br>Telephone: (202) 479-1111<br>Facsimile: (202) 479-1115<br><br>Attorneys for Plaintiff<br>ALL ONE GOD FAITH, INC., d/b/a<br>DR. BRONNER'S MAGIC SOAPS | BINGHAM MCCUTCHEN LLP<br>Christopher P. Berka (SBN 94911)<br>  chris.berka@bingham.com<br>Patrick T. Weston (SBN 211448)<br>  patrick.weston@bingham.com<br>Erika J. Gasaway (SBN 264708)<br>  erika.gasaway@bingham.com<br>1117 S. California Avenue<br>Palo Alto, CA  94304-1106<br>Telephone:  650.849.4400<br>Facsimile:  650.849.4800<br><br>Attorneys for Defendant<br>KISS MY FACE CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a/ DR. BRONNER'S MAGIC SOAPS, a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware corporation; KISS MY FACE CORPORATION, a New York corporation; LEVLAD, LLC, a California limited liability company; GIOVANNI COSMETICS, INC., a California corporation; COSWAY COMPANY, INC., a California corporation; COUNTRY LIFE, LLC, a New York limited liability company; ECOCERT FRANCE (SAS), a French corporation; and ECOCERT, INC., a Delaware corporation;<br><br>          Defendants | No. CV 09-03517 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATED VOLUNTARY DISMISSAL OF KISS MY FACE CORPORATION** |

[PROPOSED] ORDER DISMISSING KISS
MY FACE CORPORATION
CV 09-03517 SI

23183\2976555.1

1   Having reviewed the Stipulated Voluntary Dismissal of Kiss My Face
2   Corporation, the Court hereby ORDERS that all claims of Plaintiff All One God Faith, Inc., d/b/a
3   Dr. Bronner's Magic Soaps, against Defendant Kiss My Face Corporation are dismissed in their
4   entirety with prejudice. All parties shall bear their own costs and attorney's fees.
5   **IT IS SO ORDERED.**
6
7   DATED: March _1_, 2012
8
9   _____
    HON. SUSAN ILLSTON
10  U.S. DISTRICT COURT JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER DISMISSING KISS      2                                    23183\2976555.1
MY FACE CORPORATION
CV 09-03517 SI