| | |
|---|---|
| John L. Cooper (SBN 050324)<br>E-mail: jcooper@fbm.com<br>Morgan T. Jackson (SBN 250910)<br>E-mail: mjackson@fbm.com<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 | Stephen T. Holzer (SBN 074561)<br>E-Mail: sholzer@Lewitthackman.com<br>LEWITT, HACKMAN, SHAPIRO<br>MARSHALL & HARLAN<br>16633 Ventura Blvd, 11th Floor<br>Encino, CA 91436<br>Telephone: (818) 990-2120 |
| Joseph E. Sandler *(pro hac vice)*<br>E-mail: sandler@sandlerreiff.com<br>SANDLER, REIFF & YOUNG, P.C.<br>300 M Street, S.E., Suite 1102<br>Washington, D.C. 20003<br>Telephone: (202) 479-1111<br>Facsimile: (202) 479-1115 | Attorneys for Defendant<br>GIOVANNI COSMETICS, INC. |
| Attorneys for Plaintiff<br>ALL ONE GOD FAITH, INC., d/b/a<br>DR. BRONNER'S MAGIC SOAPS | |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS, a California corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware corporation; GIOVANNI COSMETICS, INC., a California corporation; COSWAY COMPANY, INC., a California corporation; COUNTRY LIFE, LLC, a New York limited liability company; ECOCERT FRANCE (SAS), a French corporation; and ECOCERT, INC., a Delaware corporation;<br><br>     Defendants. | Civil Case No.: CV-09-3517 (SI)<br><br>**STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT GIOVANNI COSMETICS, INC.** |

**IT IS HEREBY STIPULATED** by and between Plaintiff All One God Faith, Inc., d/b/a Dr. Bronner's Magic Soaps ("Dr. Bronner's") and Defendant Giovanni Cosmetics, Inc. ("Giovanni"), that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action as against Defendant Giovanni be, and it hereby is, dismissed with prejudice.  This stipulation shall not affect any of Plaintiff's claims against any other defendant.

DATED:  April 9, 2012

FARELLA BRAUN & MARTEL LLP
SANDLER, REIFF & YOUNG PC



By:  ___/s/ John Cooper_____
  John L. Cooper
  Attorneys for Plaintiff
  ALL ONE GOD FAITH, INC., d/b/a
  DR. BRONNER'S MAGIC SOAPS

LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN

By:  ___/s/ Stephen Holzer_____
  Stephen T. Holzer
  Attorneys for Defendant
  GIOVANNI COSMETICS, INC.

Pursuant to General Order 45.X.B, I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED:  April 9, 2012

FARELLA BRAUN & MARTEL LLP

By:  _____/s/ John Cooper_____
  John L. Cooper
  Attorneys for Plaintiff
  ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS