John L. Cooper (SBN 050324)
E-mail: jcooper@fbm.com
Morgan T. Jackson (SBN 250910)
E-mail: mjackson@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Joseph E. Sandler *(pro hac vice)*
E-mail: sandler@sandlerreiff.com
SANDLER, REIFF & YOUNG, P.C.
300 M Street, S.E., Suite 1102
Washington, D.C. 20003
Telephone: (202) 479-1111
Facsimile: (202) 479-1115

Attorneys for Plaintiff
ALL ONE GOD FAITH, INC., d/b/a
DR. BRONNER'S MAGIC SOAPS

William J. Friedman (*pro hac vice*)
E-Mail: wfriedman@cov.com
Simon J. Frankel (SBN 171552)
E-Mail: sfrankel@cov.com
Margaret D. Wilkinson (SBN 244965)
E-Mail: mwilkinson@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

Attorneys for Defendants
THE HAIN CELESTIAL GROUP, INC.,


ADDITIONAL COUNSEL AND PARTIES
LISTED ON SIGNATURE PAGE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware corporation; COSWAY COMPANY, INC., a California corporation; COUNTRY LIFE, LLC, a New York limited liability company; ECOCERT FRANCE (SAS), a French corporation; and ECOCERT, INC., a Delaware corporation;<br><br>Defendants. | Civil Case No.: CV-09-3517 SI<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br>(Civil L.R. 16-10(d))<br><br>Date:         June 15, 2012<br>Time:         3:00 p.m.<br>Courtroom:  #10, 19th Floor<br>Judge:        Hon. Susan Illston |

Pursuant to the Local Rules, Plaintiff All One God Faith, Inc., d/b/a Dr. Bronner's Magic Soaps ("Dr. Bronner's"), and Defendants the Hain Celestial Group, Inc., Cosway Company, Inc., Country Life, L.L.C., Ecocert France (SAS) and Ecocert, Inc. (collectively, "Defendants") jointly submit this Joint Case Management Conference Statement in advance of the June 15, 2012 Case Management Conference.

## I.  PROCEDURAL HISTORY

The procedural history of this action, including its initial filing in California State Court in 2008, its removal to Federal Court, and its eventual assignment to this Court, are detailed in the parties' February 10, 2012 Joint Case Management Conference Statement (Docket No. 197), which the parties filed in conjunction with a February 17, 2012 Case Management Conference. That Case Management Conference was the parties' most recent appearance before this Court in this Action.  So as to not burden the Court with repetitive filings, that procedural history is not repeated herein.

At the February Case Management Conference, the Court permitted Defendants to file a new round of motions to dismiss and scheduled a hearing date for May 25, 2012 (which has since been rescheduled to June 15, 2012), and the parties subsequently agreed upon and the Court ordered a briefing schedule.  *See* Docket No. 204.  Defendant Hain Celestial filed a motion to dismiss (Docket No. 207) which was joined by Ecocert, Cosway, and Country Life. *See* Docket Nos. 209, 212, 213.  Dr. Bronner's opposed that motion (Docket No. 215) and Hain filed a reply.  *See* Docket No. 223.  Country Life and Cosway joined in Hain's reply.  *See* Docket Nos. 224, 225.  Hain's Motion to Dismiss is fully briefed and is pending.  The hearing is set for June 15, 2012 at 9:00 a.m.

Ecocert France (SAS) and Ecocert, Inc. ("Ecocert") filed a separate Motion to Dismiss. *See* Docket No. 205.  Dr. Bronner's opposed that Motion and concurrently filed a Motion for Leave to Amend, which seeks leave to amend the Complaint to assert a cause of action against Ecocert under California Business and Profession Code section 17200 *et seq. See* Docket Nos.

216, 217.[1]  Ecocert filed an opposition to Dr. Bronner's Motion for Leave to Amend, (Docket No. 227) which Dr. Bronner's contends was untimely and should be stricken.  *See* Dr. Bronner's Reply Memorandum In Support of Motion for Leave to Amend the Complaint, Docket No. 228. Ecocert's Motion to Dismiss and Dr. Bronner's Motion for Leave to Amend are fully briefed, pending, and are set for hearing on June 15 at 9:00 a.m.

Since the February Case Management Conference, the Court has ordered the dismissal of former Defendants Kiss My Face Corporation and Giovanni Cosmetics, pursuant to stipulations reached between Dr. Bronner's and those two former defendants.  *See* Docket Nos. 202, 214.

## II.    PENDING MOTIONS

As set forth above, there are three motions pending at this time:  1) Hain Celestial's Motion to Dismiss; 2) Ecocert's Motion to Dismiss; and 3) Dr. Bronner's Motion for Leave to Amend its complaint against Ecocert.

## III.   STATUS OF DISCOVERY

Judge Fogel had stayed discovery for a period of time.  *See* Dkt. No. 118 (May 24, 2010 Order).  More recently, the parties have focused on the pleading issues and have not engaged in any meaningful discovery.  Accordingly, there are no outstanding discovery disputes at this time.  The parties expect to proceed with discovery after Defendants' Motions to Dismiss are adjudicated, as may be appropriate based upon the Court's ruling on the Motions to Dismiss.

---

[1] Dr. Bronner's also filed an Administrative Motion to Shorten Time, which sought to shorten the time on its Motion for Leave to Amend so it could be heard at the same time as Defendants' Motions to Dismiss.  The Court subsequently changed the dates for the hearings and denied Dr. Bronner's Administrative Motion as moot.  *See* Docket No. 220.

### IV. STATEMENT ON APPROPRIATENESS OF ADR

The parties jointly state that the use of ADR is not appropriate at this time.

DATED:  June 7, 2012

FARELLA BRAUN & MARTEL LLP


By:   */s/ Morgan T. Jackson*
       Morgan T. Jackson
Attorneys for Plaintiff
ALL ONE GOD FAITH, INC., d/b/a DR. BRONNER'S MAGIC SOAPS


COVINGTON & BURLING LLP


By   */s/ Margaret D. Wilkinson*
       Margaret D. Wilkinson
Attorneys for Defendants THE HAIN CELESTIAL GROUP, INC.


WESTRUP KLICK LLP


By:   */s/ Rhonda Klick*
       Rhonda Klick
Attorneys for Defendant
COSWAY COMPANY, INC.


BARTKO, ZANKEL, TARRANT & MILLER
ROTONDI, LLC


By:   */s/ Benjamin K. Riley*
       Benjamin K. Riley
Attorneys for Defendant
COUNTRY LIFE, L.L.C.


ROPERS, MAJESKI, KOHN & BENTLEY


By:   */s/ Thomas H. Clarke, Jr.*
       Thomas H. Clarke, Jr.
Attorneys for Defendants ECOCERT FRANCE (SAS) and ECOCERT, INC.

JUNE 15, 2012 JOINT CMC STATEMENT
Civil Case No.: CV-09-3517 SI

3

23183\3145500.3

1   Pursuant to General Order 45.X.B, I attest that concurrence in the filing of the document
2   has been obtained from each of the other signatories.

3

4

5   DATED:  June 7, 2012                             FARELLA BRAUN & MARTEL LLP

6                                                   By:  */s/ Morgan T. Jackson*
7                                                        Morgan T. Jackson
                                                    Attorneys for Plaintiff
                                                    ALL ONE GOD FAITH, INC., d/b/a DR.
8                                                   BRONNER'S MAGIC SOAPS