IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALL ONE GOD FAITH, INC.,

    Plaintiff,

v.

THE HAIN CELESTIAL GROUP, INC., *et al.*,

    Defendants.

No. C 09-3517 SI

**JUDGMENT**

The Court has dismissed the complaint without prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 8, 2012

SUSAN ILLSTON
United States District Judge